IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRETT M. MCCLAFFERTY,  ) CASE NO.: 5:19-cv-02219-BYP
)
    Plaintiff  ) HON. JUDGE BENITA Y. PEARSON
) MAG. JUDGE GEORGE J. LIMBERT
-vs-  )
)
PORTAGE COUNTY BOARD OF  )
COMMISSIONERS, et al.  )
)
    Defendants  )
)

### REQUEST FOR COURT TO TAKE JUDICIAL NOTICE OF PUBLIC RECORDS AND FEDERAL COMPLAINT

    Now comes Plaintiff, Brett M. McClafferty, who respectfully requests that this Honorable Court take judicial notice of the attached public record; a filing in Portage Co. Common Pleas Court case no. 2019 CV 00960, State of Ohio ex rel. Amanda Griffiths, et al. v. Portage County Board of Commissioners, which contains dozens of certified complaints and/or affidavits of former Portage County Jail inmates alleging substantially similar abuses and violations of law to that alleged in the instant Complaint.

    This public record helps establish a pattern of violative behavior by Defendants, necessary to pierce qualified immunity, as required by the U.S. Supreme Court in relation to 42 U.S.C. 1983 claims.

    For the same reasons, Plaintiff also requests that this Court take notice of the complaint filed in U.S. District Court case no. 5:14-cv-01272-BYP, Anderson v. Sutton, which previously came before this very Court.

Respectfully Submitted,

BRETT M. MCCLAFFERTY (750839)
Plaintiff, Pro Se Litigant
c/o CoreCivic
501 Thompson Road
Conneaut, Ohio 44030

CERTIFICATE OF SERVICE

I, Brett M. McClafferty, do hereby certify that I requested that true and accurate copies of the foregoing be served upon counsel for all Defendants via electronic service of the Clerk of the U.S. District Court for the Northern District of Ohio, this 29th day of May, 2020.

BRETT M. MCCLAFFERTY (750839)
Plaintiff, Pro Se Litigant

## INSTRUCTIONS TO THE CLERK

May 29th, 2020

Please provide electronic service of the foregoing to counsel for all Defendants in the associated case.

Plaintiff has been granted permission to proceed In Forma Pauperis, and cannot perfect service independently at this time due to financial constraints associated with incarceration.

I truly thank you for your time and assistance.

Very Truly Yours,

BRETT M. MCCLAFFERTY (750839)
Plaintiff, Pro Se Litigant

Brett [illegible]
c/o CorrCivic
501 Thompson Rd.
Conneaut, Ohio
44030

US POSTAGE
$ 08.25
Priority Mail
Mailed From 44030
06/01/2020
032A 0061846619

Office of the Clerk
United States District Court
125 Market St, Room 337
Youngstown, Ohio
44503-1787

LAKE ERIE CORRECTIONAL
INMATE CORRESPONDENCE